ALLOWAY *v.* SIBERT, on Appeal.

*Saturday,
June 7.*

DEBT on three promissory notes dated in *August,* 1821: the first payable two years after date, the second three years after date, and the third four years after date. Plea, that the notes were given in part consideration of certain town lots in *Westport, Oldham* county, state of *Kentucky;* that at the time the notes were given, the plaintiff executed to the defendant a title-bond, conditioned for the conveyance of the lots to the defendant, on the payment of the note last to fall due; that the plaintiff never had any title to the lots, and never made any to the defendant; and that, therefore, the consideration of the notes had failed. Replication, that the consideration had not failed in manner and form, &c.

It was proved, on the trial, that there was no deed of conveyance for the lots to the plaintiff, recorded in the clerk's office of *Henry* county, state of *Kentucky;* but it did not appear, that the records of that office furnished any evidence as to the title of real estate in the county of *Oldham* aforesaid, in which the lots in question were situate. It was also proved, that the defendant had been in possession of the premises ever since the date of the notes, without any interruption except as to some small part; and as to that part, it did not appear that the interruption was in consequence of any legal claim.

*Held,* that the plea was not sustained by the evidence, and that the plaintiff was entitled to judgment.